RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 1/12/12
BY ___

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| TAMMY E. BROWN | CIVIL ACTION 11-1733 |
|---|---|
| VERSUS | U.S. DISTRICT JUDGE DEE DRELL |
| CAREMARK LOUISIANA | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the motion to remand, doc. #13, be DENIED.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 12th day of JANUARY, 2012.

DEE D. DRELL
**UNITED STATES DISTRICT JUDGE**