RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE ___1_/_2_/_12___
BY _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| TAMMY E. BROWN | CIVIL ACTION 11-1733 |
| VERSUS | U.S. DISTRICT JUDGE DEE DRELL |
| CAREMARK LOUISIANA | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge

previously filed herein, and after an independent (de novo) review of the record including the

objections filed and having determined that the findings and recommendation are correct under

the applicable law;

**IT IS ORDERED** that the  motion to remand, doc. #13, be DENIED.

**THUS DONE AND SIGNED**, in chambers, in Alexandria,  Louisiana, on this _12th_

day of _JANUARY_, 2012.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE