RECEIVED

JUN 22 2012

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| TAMMY E. BROWN | CIVIL ACTION 11-1733 |
| versus | JUDGE DRELL |
| CAREMARK SPEC. PHAR. HOLDINGS, LLC | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Motions to Dismiss, doc. #8, and 41 are GRANTED and plaintiff's suit is dismissed, with prejudice.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 22nd day of June, 2012.

Dee D. Drell
UNITED STATES DISTRICT JUDGE